UNITED STATES  DISTRICT COURT

Northern District of California

BERNARDO MENDIA,

                         Plaintiff,

          v.

JOHN M. GARCIA, et al.,

                         Defendants.
_____/

No. C 10-03910 MEJ

**ORDER TO SHOW CAUSE**

          On August 31, 2010, Plaintiff Bernardo Mendia filed the above-captioned complaint, as well as an application to proceed in forma pauperis.  On September 7, 2010, the Court ordered Plaintiff to either consent or decline magistrate jurisdiction by September 23, 2010.  (Dkt. #5.)  Because Plaintiff failed to comply with this deadline, the Court again ordered Plaintiff to consent or decline, with a new deadline of October 14, 2010.  (Dkt. #6.)  Plaintiff failed to respond.

          Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Bernardo Mendia to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by November 4, 2010, and the Court shall conduct a hearing on November 18, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

          **IT IS SO ORDERED.**

Dated: October 20, 2010

                                                                    _____
                                                                    Maria-Elena James
                                                                    Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

       Plaintiff,

  v.

JOHN M. GARCIA,

       Defendant.

_____/

Case Number: 10-03910  MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: October 20, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk