# UNITED STATES DISTRICT COURT

# Northern District of California

| | |
|---|---|
| BERNARDO MENDIA, | No. C 10-03910 MEJ |
| Plaintiff, | |
| v. | **ORDER CONTINUING CMC** |
| JOHN M. GARCIA, et al., | |
| Defendants. | |

On October 22, 2010, the Court granted Plaintiff an extension of time to file his magistrate judge consent/declination form. Accordingly, the Court hereby CONTINUES the case management conference to January 27, 2011 at 10:00 a.m. All related deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

        Plaintiff,

  v.

JOHN M. GARCIA,

        Defendant.
                                              /

Case Number: 10-03910 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: October 22, 2010

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk