UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNARDO MENDIA, | No. C 10-03910 MEJ |
| Plaintiff, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| JOHN M. GARCIA, et al., | |
| Defendants. | |

On December 1, 2010, the Court ordered Plaintiff Bernardo Mendia to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Having received Plaintiff's response, the Court hereby DISCHARGES the order to show cause.

**IT IS SO ORDERED.**

Dated: December 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

        Plaintiff,

  v.

JOHN M. GARCIA,

        Defendant.
                                       /

Case Number: 10-03910  MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: December 2, 2010

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California