UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNARDO MENDIA, | No. C 10-03910 MEJ |
| Plaintiff(s), | **THIRD ORDER TO SHOW CAUSE** |
| v. | |
| JOHN M. GARCIA, | |
| Defendant(s). | |

On May 9, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of August 11, 2011. (Dkt. #20.) However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 11 hearing and ORDERS Plaintiff Bernardo Mendia to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 11, 2011, and the Court shall conduct a hearing on August 25, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 27, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

        Plaintiff,

  v.

JOHN M. GARCIA et al,

        Defendant.

Case Number: CV10-03910 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: July 27, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2