UNITED STATES DISTRICT COURT

Northern District of California

BERNARDO MENDIA

            Plaintiff(s),
  v.

JOHN M. GARCIA

            Defendant(s).
_____/

No. C 10-03910 MEJ

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

      Pending before the Court is Defendants' Motion to Dismiss. (Dkt. #20.) However, on July 27, 2011, Plaintiff filed a request to amend his complaint. (Dkt. #25.) Under Federal Rule of Civil Procedure 15, a party may amend its pleading once "as a matter of course" within "21 days after service of a responsive pleading or 21 days after service of a motion. Fed. R. Civ. P. 15(a)(1). Here, more than 21 days have passed since Defendants filed their motion; however, the Court recognizes that Plaintiff is representing himself in this matter, and this is still a relatively new case. Thus, as no prior amended complaints have been filed, the Court shall permit Plaintiff to file an amended complaint under Rule 15(a). Plaintiff shall file the amended complaint by August 11, 2011. Since Defendants' motion is based on Plaintiff's original complaint, Defendants' motion is now moot. Accordingly, the Court hereby DENIES Defendants' motion as moot. Defendants shall file an answer or other responsive pleading within 20 days from the date Plaintiff files his amended complaint.

      The July 27, 2011 Order to Show Cause is DISCHARGED.

      **IT IS SO ORDERED.**

Dated: July 29, 2011

                                                             _____
                                                            Maria-Elena James
                                                           Chief United States Magistrate Judge