UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNARDO MENDIA, | No. C 10-03910 MEJ |
| Plaintiff, | **ORDER DENYING REQUEST TO DIRECT SERVICE** |
| v. | |
| JOHN M. GARCIA, et al., | |
| Defendants. | |
| _____/ | |

On January 13, 2012, Plaintiff Bernardo Mendia filed a Request of Court to Direct the United States Marshals Service to Perfect Service of the First Amended Complaint. Dkt. No. 43. However, Plaintiff's in forma pauperis status applies only to service of the initial complaint and summons in this case. Accordingly, Plaintiff's request is DENIED. Plaintiff is directed to comply with Federal Rule of Civil Procedure 5 for service of all future filings. Plaintiff is also advised to review to Handbook for Pro Se Litigants, and specifically page 26. A copy of the handbook may be obtained from the Court's website, www.cand.uscourts.gov, or from the Clerk's Office.

**IT IS SO ORDERED.**

Dated: January 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

        Plaintiff,

  v.

JOHN M. GARCIA et al,

        Defendant.

Case Number: CV10-03910 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: January 19, 2012

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2