UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNARDO MENDIA, | No. C 10-03910 MEJ |
| Plaintiff, | **ORDER RE: NOTICE OF INTENT TO SUBSTITUTE IN COUNSEL** |
| v. | |
| JOHN M. GARCIA, et al., | **Re: Docket No. 44** |
| Defendants. | |
| _____/ | |

On January 13, 2012, Plaintiff Bernardo Mendia filed a Notice that he intends to substitute in counsel by the morning of the hearing on Defendants' pending motion to dismiss. Dkt. No. 44. Plaintiff's intention with this filing is unclear. However, what is clear is that Defendants' motion has been pending for over two months, the Court has already issued four orders to show cause for Plaintiff's failure to comply with court orders and deadlines (the most recent in response to his failure to oppose Defendants' pending motion to dismiss), and Plaintiff has repeatedly (dating back to October 2010) stated his intention to have counsel appear to represent him in this case. Dkt. Nos. 8, 9, 37, 44. The Court cannot permit any further delay. Accordingly, the Court ORDERS Plaintiff to file either (a) a Notice of Substitution of Counsel, signed by an attorney that is admitted to practice in this Court, or (b) a Notice of Intent to Substitute in as Counsel of Record, along with a signature and explanation from an attorney that is admitted to practice in this Court as to why the attorney is not yet able to appear in this case. The notice shall be filed by January 31, 2012, and shall be signed in compliance with Federal Rule of Civil Procedure 11 and under penalty of perjury. If Plaintiff files a notice signed by an attorney by the January 31 deadline, the Court may consider continuing the motion to dismiss hearing if it appears that further briefing would be beneficial.

**IT IS SO ORDERED.**

Dated: January 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

        Plaintiff,

  v.

JOHN M. GARCIA et al,

        Defendant.

Case Number: CV10-03910 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: January 19, 2012

                          Richard W. Wieking, Clerk
                          By: Brenda Tolbert, Deputy Clerk