UNITED STATES DISTRICT COURT

Northern District of California

BERNARDO MENDIA,　　　　　　　　　　　　No. C 10-03910 MEJ

　　　　　　Plaintiff,　　　　　　　　　　　　　**ORDER VACATING HEARING**

　　v.

　　　　　　　　　　　　　　　　　　　　　　　**Re: Docket No. 34**

JOHN M. GARCIA, et al.,

　　　　　　Defendants.

_____/

　　　　This matter is currently scheduled for a hearing regarding Defendant's motion to dismiss. Dkt. No. 34. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the February 9, 2012 hearing. The Court shall issue an order forthwith.

　　　　**IT IS SO ORDERED.**

Dated: February 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

          Plaintiff,

  v.

JOHN M. GARCIA et al,

          Defendant.

Case Number: CV10-03910 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: February 2, 2012

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk