UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN M. GARCIA, et al.,<br><br>  Defendants. | Case No.  10-cv-03910-MEJ<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 64 |

Pending before the Court is Plaintiff Bernardo Mendia's Motion for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). Defendants have filed a Statement of Non-Opposition. Dkt. No. 67. Accordingly, the Court finds this matter suitable for disposition without oral argument and VACATES the June 25, 2015 hearing. *See* Fed. R. Civ. P. 78(b); Civil L.R. 7-1(b). Plaintiff's Motion is **GRANTED**. Plaintiff shall separately file his Second Amended Complaint by April 1, 2015.

**IT IS SO ORDERED.**

Dated: March 18, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN M. GARCIA, et al.,<br><br>　　　　Defendants. | Case No.  10-cv-03910-MEJ<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 3/18/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardo Mendia
P.O. Box 28032
Oakland, CA 94604

Dated: 3/18/2015

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES