UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BERNARDO MENDIA, | ) | No. C 10-3910 MEJ |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. GARCIA, et al., | ) | |
| | ) | |
| Defendants. | ) | Re: Docket No. 77 |
| | ) | |
| _____ | ) | |

Having considered the Defendants' Request for an Order to Continue the Case Management Conference and Associated Deadlines, it is hereby GRANTED and ORDERED:

A. On or before May 11, 2015, Defendants will file a dispositive motion addressing the Second Amended Complaint.

B. On or before July 10, 2015, Plaintiff will respond to Defendants' dispositive motion.

C. On or before August 10, 2015, Defendants will file their reply to Plaintiff's opposition.

D. The Case Management Conference currently scheduled for May 14, 2015, will be continued until sixty (60) days after the Court decides the Defendants' dispositive motion. The deadlines associated with the conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and

26(f), Civil Local Rules 16-9, and 16-10, and by this Court in its Civil Standing Order, will be continued accordingly.

**IT IS SO ORDERED**

Dated: April 23, 2015

Maria-Elena James
United States Magistrate Judge

[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES
CASE NO. C 10-3910 MEJ