UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN M. GARCIA, et al.,<br><br>    Defendants. | Case No. 10-cv-03910-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 101 |

This matter is currently scheduled for a hearing on December 10, 2015 regarding Plaintiff's motion for leave to file a third amended complaint. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the December 10 hearing. The matter is deemed under submission.

    **IT IS SO ORDERED.**

Dated: December 8, 2015

                               MARIA-ELENA JAMES
                               United States Magistrate Judge