United States District Court
Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6   BERNARDO MENDIA,                          Case No.  10-cv-03910-MEJ

          Plaintiff,
7                                             **ORDER FOR PARTIES TO APPEAR**
          v.                                  **FOR COURTROOM MEET AND**
8                                             **CONFER SESSION**
    JOHN M. GARCIA, et al.,
9
          Defendants.
10

11

12          The Court is in receipt of Plaintiff's request for a telephonic conference to enforce the

13   Court's discovery meet and confer requirement.  Dkt. No. 121.  Having reviewed the request, the

14   Court ORDERS the parties to meet and confer in person to discuss the scope of discovery at this

15   stage in the proceedings.  If unable to reach a resolution, the parties shall draft a joint letter in

16   compliance with paragraph 2 of the Discovery Standing Order.

17          **IT IS SO ORDERED.**

18

19   Dated: March 25, 2016

20                                           _____

21                                           MARIA-ELENA JAMES
                                             United States Magistrate Judge
22

23

24

25

26

27

28