UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN M. GARCIA, et al.,<br><br>　　　　　Defendants. | Case No. 10-cv-03910-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Dkt. No. 119 |

This matter is currently scheduled for a hearing on April 28, 2016 regarding Defendants John M. Garcia and Ching Chang's Motion to Dismiss Plaintiff Bernardo Mendia's Third Amended Complaint. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby **VACATES** the April 28, 2016 hearing. The matter is deemed under submission.

　　**IT IS SO ORDERED.**

Dated: April 21, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge