UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN M. GARCIA, et al.,<br><br>        Defendants. | Case No. 10-cv-03910-MEJ<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 150, 151 |

In light recent requests from the parties seeking to essentially enforce or modify the undersigned's Discovery Standing Order (Dkt. Nos. 150-51), the Court now **ORDERS** as follows:

(1) By end of day July 20, 2016, the parties shall meet and confer regarding their discovery disputes by web-based, video-conferencing;

(2) If the parties do not meet and confer as ordered, they shall file a joint statement by the next day, July 21, 2016, explaining why the meet and confer has not occurred.

Finally, the parties are admonished that in the future if they are unable to meet and confer as ordered here and in the Discovery Standing Order, the Court may order both sides to chambers to take part in an in-person meet and confer.

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge