1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   GRAHAM (GRAY) M. BUCCIGROSS (SBN 234558)
3  gbuccigross@mayerbrown.com
   ANNE M. SELIN (SBN 270634)
4  aselin@mayerbrown.com
   JEYSHREE RAMACHANDRAN (SBN 303426)
5  jramachandran@mayerbrown.com
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, California  94306-2112
7  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060

8

9  *Attorneys for Plaintiff Bernardo Mendia*

10

11
                   **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13
                   **SAN FRANCISCO DIVISION**
14

15

16  BERNARDO MENDIA,                          CASE NO. 10-CV-03910-MEJ

17            Plaintiff,                       [PROPOSED] **ORDER GRANTING
                                               MAYER BROWN LLP'S MOTION TO
18            v.                               SHORTEN TIME ON MOTION TO
                                               WITHDRAW AS COUNSEL FOR
19  JOHN M. GARCIA, et al.,                    PLAINTIFF BERNARDO MENDIA**

20            Defendants.

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MAYER BROWN LLP'S MOTION TO SHORTEN TIME ON MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF BERNARDO MENDIA
CASE NO. 10-CV-03910-MEJ

1    Having considered Mayer Brown's Motion to Shorten Time on Mayer Brown's Motion

2   to Withdraw as Counsel, and the accompanying Declaration of Graham M. Buccigross, and for

3   good cause appearing, Mayer Brown's Motion to Shorten Time is GRANTED.  Any hearing on

4   the Motion to Withdraw shall be heard by this Court on Thursday, August 25, 2016, at

5   10:00A.M. in Courtroom B.

6
    DATED:   8/15/2016                         _____

7                                              Hon.  Maria-Elena James

8                                              United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING MAYER BROWN LLP'S MOTION TO SHORTEN TIME ON MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF BERNARDO MENDIA
CASE NO. 10-CV-03910-MEJ