UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN M. GARCIA, et al.,<br><br>    Defendants. | Case No. 10-cv-03910-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On December 7, 2017, Defendants filed a Motion to Dismiss the *Bivens* Claims. Dkt. No. 285. Plaintiff Bernardo Mendia did not oppose the Motion. *See* Docket; Civ. L.R. 7-3. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 10, 2018. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to oppose Defendants' Motion, and the *Bivens* claims will be dismissed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge